# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                                        Case No. 17-13893-BKC-AJC
                                                             Chapter 13

       Juan Fournier and
       Elba Fournier,

_____Debtors/

## MOTION TO ALLOW EARLY PAYOFF OF UNDER MEDIAN CHAPTER 13 CASE

       Now comes the Debtors, Juan Fournier and Elba Fournier, by their counsel, and moves this Court for Early Payoff of Under Median Chapter 13 case and in support thereof submits the following:

       1. Debtors filed for relief under Chapter 13 in this case and their Chapter 13 Plan was previously confirmed.

       2. The Debtors' case is an under median case and they have already met the 36 month commitment period.

       3. The Debtors' will pay off their Chapter 13 case early with gift proceeds from their Friend.

**WHEREFORE,** Debtors respectfully pray that the Court issue an order

       1. Allowing the Debtors to pay off their Under Median Chapter 13 case early.

       2. Such further relief consistent with this request for relief.

                                                         Respectfully submitted,

                                                         REYES & CALAS-JOHNSON, P.A.
                                                         Attorneys for the Debtors
                                                         782 N.W. 42nd Avenue, Ste. 345
                                                         Miami, FL 33126
                                                         Tel: (305) 476-1900
                                                         By:_/S/_____
                                                              Mary Reyes

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true copy of the foregoing was served upon all parties on attached list, this 31st day of July 2020.

                                                             __/S/_____
                                                             Mary Reyes

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 17-13893-AJC<br>Southern District of Florida<br>Miami<br>Fri Jul 31 12:34:49 EDT 2020 | Ocean Bank<br>c/o Michael R. Carroll, Esq<br>780 NW 42 Ave #500<br>Miami, FL 33126-5543 | Albert J. Tiseo, Jr., Esq.<br>701 JC Center Court<br>Suite 3<br>Port Charlotte, FL 33954-2826 |
| American Prime<br>10631 N Kendall Dr., Suite 200<br>Miami, FL 33176-1559 | American Prime, LLC<br>Albert J. Tiseo, Jr., Esq.<br>701 JC Center Court, Suite 3<br>Port Charlotte, FL 33954-2826 | Amex<br>Correspondence<br>Po Box 981540<br>ElPaso, TX 79998-1540 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Carmax Auto Finance<br>Po Box 440609<br>Kennesaw, GA 30160-9511 | Chase Auto Finance<br>National Bankruptcy Dept<br>201 N Central Ave Ms Az1-1191<br>Phoenix, AZ 85004-1071 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank / Sears<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citicards Cbna<br>Citicorp Credit Svc/Centralized Bankrupt<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Comenity Bank/Talbots<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit First National Assoc<br>Attn: BK Credit Operations<br>Po Box 81315<br>Cleveland, OH 44181-0315 | Dept Of Ed/Navient<br>Attn: Claims Dept<br>P.O. Box 9635<br>Wilkes Barr, PA 18773-9635 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Emergency Phys<br>POB 452256<br>Fort Lauderdale, FL 33345-2256 |
| Hendry County Tax Collector<br>25 E. Hickpochee Ave  Room A329<br>Labelle, FL 33935-5015 | Hycite Consumer Fina<br>333 Holtzman Rd<br>Madison, WI 53713-2109 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 |
| Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | Northwest Federal Cu<br>200 Springs St<br>Herndon, VA 20170-5241 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Santander Bank N.a.<br>865 Brook St<br>Rocky Hill, CT 06067-3444 | State Farm Bank<br>Attn: Bankruptcy<br>Po Box 2328<br>Bloomington, IL 61702-2328 |
| State Farm Financial S<br>1 State Farm Plaza<br>Bloomington, IL 61710-0001 | Suntrust Bank<br>Po Box 85526<br>Richmond, VA 23285-5526 | Suntrust Personal Ma<br>Po Box 980<br>Newport News, VA 23607-0980 |
| Syncb/Toys 'R' Us<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Old Navy<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Target<br>C/O Financial & Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis, MN 55440-9475 | Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 |
| World Omni Financial<br>6150 Omni Park Dr<br>Mobile, AL 36609-5195 | Desiree Calas-Johnson<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 | Elba Fournier<br>14165 SW 87th St., Apt D103<br>Miami, FL 33183-4413 |
| Juan Fournier<br>14165 SW 87th St., Apt D103<br>Miami, FL 33183-4413 | Mary Reyes Esq<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Prime, LLC<br>5775 Blue Lagoon Drive<br>Suite 350<br>Miami | (u)Miami | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients    2<br>Total                  49 |