UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                             Case No. 17-13893-BKC-AJC
                                                   Chapter 13
Juan Fournier and
Elba Fournier,

_____Debtors/

### SUPPLEMENTAL STATEMENT OF FEES UNDER FRBP RULE 2016 (B)

Pursuant to 11 U.S.C Section 329 and FRBP Bankruptcy Rule 2016 (b), Reyes & Calas-Johnson, P.A. attorney for the Debtors, states as follows:

1. Supplemental compensation paid or promised for services rendered or to be rendered in connection with this case is as follows: $525.00 paid for services rendered in connection with the Motion to Allow Early Payoff of Under Median Chapter 13 Plan.

2. The source of the compensation paid was funds of the debtors and the source of the compensation promised to be paid is the debtors.

3. I have not shared or agreed to share such compensation with any other person, other than a member or regular associate of my law firm.

Dated: July 31, 2020                    Respectfully Submitted,

                                        REYES & CALAS-JOHNSON, P.A.
                                        Attorneys for the Debtors
                                        782 N.W. 42nd Avenue, Ste. 345
                                        Miami, FL 33126
                                        Tel: (305) 476-1900
                                            By: _____/S/_____
                                                 Mary Reyes

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on all parties on attached list, this 31st day of July, 2020.

                                        _____/S/_____
                                        Mary Reyes

Nancy Neidich, Trustee ECF Registered

Juan Fournier and Elba Fournier, Debtors