

**ORDERED in the Southern District of Florida on September 2, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No. 17-13893-BKC-AJC
                                                          Chapter 13
Juan Fournier and
Elba Fournier,

_____Debtors/

### ORDER GRANTING MOTION TO ALLOW EARLY PAYOFF OF UNDER MEDIAN CHAPTER 13 CASE [DE#49]

Debtors' Motion to Allow Early Payoff of Under Median Chapter 13 Case came before this Court on the 25th day of August 2020. Based on the record, it is:

**ORDERED AND ADJUDGED**

1. Debtors are authorized to pay off their Chapter 13 plan.

### ###

Submitted By:

Reyes & Calas-Johnson, P.A.
Attorneys for Debtors
782 N.W. 42nd Avenue, Ste. 345
Miami, FL 33126

(Reyes & Calas- Johnson, P.A. is directed to serve copies of this order on the parties listed and file a certificate of service.)

```
Label Matrix for local noticing          Ocean Bank                               Albert J. Tiseo, Jr., Esq.
113C-1                                   c/o Michael R. Carroll, Esq              701 JC Center Court
Case 17-13893-AJC                        780 NW 42 Ave #500                       Suite 3
Southern District of Florida             Miami, FL 33126-5543                     Port Charlotte, FL 33954-2826
Miami
Wed Sep  2 12:22:42 EDT 2020

American Prime                           American Prime, LLC                      Amex
10631 N Kendall Dr., Suite 200           Albert J. Tiseo, Jr., Esq.               Correspondence
Miami, FL 33176-1559                     701 JC Center Court, Suite 3             Po Box 981540
                                         Port Charlotte, FL 33954-2826            ElPaso, TX 79998-1540


Bank Of America                          Bank of America, N.A.                    Capital One
Nc4-105-03-14                            P O Box 982284                           Attn: General Correspondence/Bankruptcy
Po Box 26012                             El Paso, TX 79998-2284                   Po Box 30285
Greensboro, NC 27420-6012                                                         Salt Lake City, UT 84130-0285


Capital One Auto Finance                 Carmax Auto Finance                      Chase Auto Finance
Attn: General Correspondence/Bankruptcy  Po Box 440609                            National Bankruptcy Dept
Po Box 30285                             Kennesaw, GA 30160-9511                  201 N Central Ave Ms Az1-1191
Salt Lake City, UT 84130-0285                                                     Phoenix, AZ 85004-1071


(p)JPMORGAN CHASE BANK  N A              Citibank / Sears                         Citicards Cbna
BANKRUPTCY MAIL INTAKE TEAM              Citicorp Credit Services/Attn: Centraliz Citicorp Credit Svc/Centralized Bankrupt
700 KANSAS LANE FLOOR 01                 Po Box 790040                            Po Box 790040
MONROE LA 71203-4774                     Saint Louis, MO 63179-0040               Saint Louis, MO 63179-0040


Comenity Bank/Talbots                    Credit First National Assoc              Dept Of Ed/Navient
Po Box 182125                            Attn: BK Credit Operations               Attn: Claims Dept
Columbus, OH 43218-2125                  Po Box 81315                             P.O. Box 9635
                                         Cleveland, OH 44181-0315                 Wilkes Barr, PA 18773-9635


Discover Bank                            (p)DISCOVER FINANCIAL SERVICES LLC       Emergency Phys
Discover Products Inc                    PO BOX 3025                              POB 452256
PO Box 3025                              NEW ALBANY OH 43054-3025                 Fort Lauderdale, FL 33345-2256
New Albany, OH  43054-3025


Hendry County Tax Collector              Hycite Consumer Fina                     Internal Revenue Service
25 E. Hickpochee Ave  Room A329          333 Holtzman Rd                          POB 7346
Labelle, FL 33935-5015                   Madison, WI 53713-2109                   Philadelphia, PA 19101-7346


Kohls/Capital One                        LVNV Funding, LLC its successors and assigns  MIDLAND FUNDING LLC
Kohls Credit                             assignee of Citibank, N.A.               PO BOX 2011
Po Box 3043                              Resurgent Capital Services               WARREN, MI 48090-2011
Milwaukee, WI 53201-3043                 PO Box 10587
                                         Greenville, SC 29603-0587


Navient Solutions, LLC. on behalf of     Northwest Federal Cu                     Office of the US Trustee
Department of Education Loan Services    200 Springs St                           51 S.W. 1st Ave.
PO BOX 9635                              Herndon, VA 20170-5241                   Suite 1204
Wilkes-Barre, PA 18773-9635                                                       Miami, FL 33130-1614
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Santander Bank N.a.<br>865 Brook St<br>Rocky Hill, CT 06067-3444 | State Farm Bank<br>Attn: Bankruptcy<br>Po Box 2328<br>Bloomington, IL 61702-2328 |
| State Farm Financial S<br>1 State Farm Plaza<br>Bloomington, IL 61710-0001 | Suntrust Bank<br>Po Box 85526<br>Richmond, VA 23285-5526 | Suntrust Personal Ma<br>Po Box 980<br>Newport News, VA 23607-0980 |
| Syncb/Toys 'R' Us<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Old Navy<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Target<br>C/O Financial & Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis, MN 55440-9475 | Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 |
| World Omni Financial<br>6150 Omni Park Dr<br>Mobile, AL 36609-5195 | Desiree Calas-Johnson<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 | Elba Fournier<br>14165 SW 87th St., Apt D103<br>Miami, FL 33183-4413 |
| Juan Fournier<br>14165 SW 87th St., Apt D103<br>Miami, FL 33183-4413 | Mary Reyes Esq<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Prime, LLC<br>5775 Blue Lagoon Drive<br>Suite 350<br>Miami | (u)Miami | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients    2<br>Total                  49 |